No. 24-6001

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

Stephon Lekeith Hopkins,

*Plaintiff-Appellant*,

v.

Jacob Walters, in his individual capacity; and Austin Fowler, in his individual capacity,

*Defendants-Appellees*.

Appeal from the United States District Court for the District of South Carolina in Greenville

No. 6:21-cv-00553-JD-JDA

**JOINT MOTION TO CORRECT JOINT APPENDIX & OPENING BRIEF**

Bakari T. Sellers
Amy E. Willbanks
STROM LAW FIRM, LLC
6923 North Trenholm Road
Columbia, SC 29206
(803) 252-4800

*Attorneys for Appellant*

Stephanie H. Burton
GIBBES BURTON, LLC
308 East Saint John Street
Spartanburg, South Carolina 29302
Telephone: (864) 327-5000
sburton@gibbesburton.com

*Attorneys for Appellees Jacob Walters and Austin Fowler*

Plaintiff-Appellant filed a Notice of Appeal in the United Stares District Court for the District of South Carolina on December 27, 2023 [JA152]. He alleges that the issues related to whether Defendants-Appellees Walters and Fowler, in their individual capacities, used excessive force under the circumstances remained undetermined and therefore the entry of summary judgment by the District Court on the federal claims against the individual officers based on a state court jury verdict in favor of Greenville County Sheriff's Office and Greenville County Detention Center should be reversed.

On February 28, 2024, counsel for Plaintiff-Appellant sent an email to counsel for Defendant-Appellees to confer on materials to be included in the Joint Appendix. On March 1, 2024, counsel for Defendant-Appellees sent an email to counsel for Plaintiff-Appellant identifying materials to be included in the Joint Appendix. Plaintiff-Appellant's Opening Brief and Joint Appendix were filed with this Court on March 6, 2024. On March 20, 2024, counsel for Defendant-Appellees notified counsel for Plaintiff-Appellant there were materials described in the March 1, 2024 email which were not included in the Joint Appendix, to wit:

- DE 73;
- DE 73-1;
- DE 73-2;
- DE 82;
- DE 85-2;

3

- DE 85-4;
- DE 85-5;
- DE 85-6;
- DE 85-7;
- DE 90; and
- DE 92-1.

Pursuant to Loc. R. 30, Plaintiff-Appellant hereby seeks leave of the Court to file a Corrected Joint Appendix, and further to file a Corrected Opening Brief, with clerical changes only, to amend citations to the Joint Appendix in accordance with the new pagination in the Corrected Joint Appendix.  Given this, Appellees seek additional time to file their Response Brief to a date that is fourteen days after service of the Corrected Joint Appendix and Corrected Opening Brief upon them.

## Conclusion

The parties respectfully request that this Honorable Court enter an order directing that a Corrected Joint Appendix be filed, and further that Plaintiff-Appellant may file a Corrected Opening Brief, with clerical changes only, to amend cites to the record in accordance with the new pagination of the Corrected Joint Appendix.  The parties further seek an order permitting Appellees a period of fourteen days from service of the Corrected Joint Appendix and Opening Brief to file their Response Brief.

Date: March 25, 2024

4

Bakari T. Sellers
Amy E. Willbanks
STROM LAW FIRM, LLC
6923 North Trenholm Road
Columbia, SC 29206
(803) 252-4800

*Attorneys for Plaintiff-Appellant*


Stephanie H. Burton
GIBBES BURTON, LLC
308 East Saint John Street
Spartanburg, South Carolina 29302
Telephone: (864) 327-5000
sburton@gibbesburton.com

*Attorneys for Appellees Jacob Walters and Austin Fowler*

5

## Certificate of Service

I hereby certify that the foregoing motion was filed with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit on March 25, 2024 by using the appellate CM/ECF system, and service was accomplished on all counsel of record by the appellate CM/ECF system.

/s/ *Bakari T. Sellers*
Bakari T. Sellers
STROM LAW FIRM, LLC
6923 North Trenholm Road
Columbia, South Carolina 29206
(803) 252-4800

*Attorney for Plaintiff-Appellant*